UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEWART DIBLE,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN RICHARD B. IVES,<br><br>        Respondent. | CASE NO. CV 13-3471-DMG (PJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

DATED: January 7, 2014

                                              DOLLY M. GEE<br>                                              UNITED STATES DISTRICT JUDGE

O:\DMG\ECF Ready\LA13CV03471DMG(PJW)_Dible_Order accep r&r.wpd