UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEWART DIBLE,<br><br>          Petitioner,<br><br>      v.<br><br>WARDEN RICHARD B. IVES,<br><br>          Respondent. | CASE NO. CV 13-3471-DMG (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 7, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

O:\DMG\ECF Ready\LA13CV03471DMG(PJW)_Dible_Judgment-V1.wpd